USDC - DVT
2:22-cv-29

| VERMONT SUPERIOR COURT | | CIVIL DIVISION |
|---|---|---|
| Washington Unit |  | Case No. 21-CV-03888 |
| 65 State Street | | |
| Montpelier VT  05602 | | |
| 802-828-2091 | | |
| www.vermontjudiciary.org | | |

**Estate of Kenneth Johnson v. State of Vermont, Department of Corrections, et al**

## ENTRY REGARDING MOTION

| | |
|---|---|
| Title: | Petition for Extension of Statute of Limitations (Motion: 1) |
| Filer: | James A. Valente |
| Filed Date: | December 06, 2021 |

**The motion is GRANTED.**

**The statute of limitations is extended by 90 days so that Plaintiff can perform the reasonable inquiry required by 12 V.S.A. § 1042 as to whether the standard of care applicable to the nursing professions who treated Kenneth Johnson was breached.**

Electronically signed on 12/8/2021 10:54 AM, pursuant to V.R.E.F. 9(d)



Robert A. Mello
Superior Judge