

USDC - DVT
2:22-cv-29

| | | |
|---|---|---|
| **VERMONT SUPERIOR COURT**<br>Washington Unit<br>65 State Street<br>Montpelier VT  05602<br>802-828-2091<br>www.vermontjudiciary.org |  | **CIVIL DIVISION**<br>Case No. 21-CV-03888 |

**Estate of Kenneth Johnson v. State of Vermont, Department of Corrections, et al**

# ENTRY REGARDING MOTION

Title:         Motion for Extension of Time to Answer (Motion: 2)
Filer:         Pamela Eaton
Filed Date:    January 25, 2022

The motion is GRANTED.

**The deadline for Defendants Sabine Watson, Steven Fisher, M.D., and Michelle Cardinal to answer or otherwise respond to the Plaintiff's Complaint is extended to February 16, 2022.**

Electronically signed on 1/28/2022 3:51 PM, pursuant to V.R.E.F. 9(d)

_____
Robert A. Mello
Superior Judge