UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 DEC 27 PM 12: 12

CLERK

BY_____
DEPUTY CLERK

OLYNTHEA JOHNSON,                    )
as Administrator of the Estate of    )
KENNETH JOHNSON,                     )
              Plaintiff,             )
       v.                            )          Civil Action No. 2:22-CV-00029
                                     )
STATE OF VERMONT,                    )
DEPARTMENT OF CORRECTIONS;           )
ROBERT WRIGHT;                       )
SIRENA ZAHN;                         )
BRIAN MERCER;                        )
CENTURION OF VERMONT, LLC.;          )
STEVEN FISHER, M.D.;                 )
DANIEL HOLLOWYA, M.D.;               )
MARY MARTIN;                         )
MICHELE CARDINAL;                    )
SABINE WATSON; and                   )
UNKNOWN NURSES,                      )
              Defendants.            )

**JOINT MOTION FOR ORDER OF PRODUCTION OF CERTAIN PHONE RECORDS
PURSUANT TO CONFIDENTIALITY ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Olynthea Johnson and Defendants State of

Vermont Department of Corrections ("DOC"), Robert Wright, and Sirena Zahn hereby jointly

move the Court to Order the production of phone records of former DOC inmate Robert

Gadreault to Plaintiff and that such phone records be governed by the terms of the current

Protective Order, Doc 66. The parties submit the following Memorandum in support thereof:

**MEMORANDUM**

Former DOC inmate Robert Gadreault, who was present in the infirmary with Kenneth

Johnson at various times, including the night of Johnson's death, made numerous outside phone

calls. At least some of these calls were recorded by DOC. Plaintiff has requested production of

these recordings. The recordings are "inmate records" governed by 28 VSA §107 which affirms

that the recordings are exempt from copying and "shall be kept confidential.." §107(b).

However, such records may be released "pursuant to a court order for good cause shown."

§107(b)(2).

The parties agree that since Gadreault was a witness to at least some of the events

occurring in the infirmary where Kenneth Johnson was housed on the night of his death, phone

recordings of Gadreault's communications with others may plausibly be relevant to the action

and at least discoverable. For this reason the parties agree that there is "good cause" for their

release so long as the recordings are deemed to be confidential records pursuant to the current

Protective Order, Doc 66, and handled as such.

Accordingly, the above parties, by their undersigned counsel, hereby request that the

Court issue an Order that good cause exists for the production of phone records of former DOC

inmate Robert Gadreault to Plaintiff and that such disclosed phone records be governed by the

terms of the current Protective Order, Doc 66.

RESPECTFULLY SUBMITTED,


**FOR PLANTIFF**                          **FOR DEFENDANTS**
**OLYNTHEA JOHNSON**                      **VT DOC, SIRENA ZAHN,**
                                         **AND ROBERT WRIGHT**


By:   Zachary Hozid_____          By:   Andrew C. Boxer_____
      Zachary Hozid, Esq.                Andrew C. Boxer, Esq.
      COSTELLO, VALENTE                  BOXER BLAKE & MOORE, PLLC
      & GENTRY, P.C.                     6 Common Street
      51 Putney Road                     P.O. Box 948
      P.O. Box 483                       Springfield, VT 05156
      Brattleboro, VT 05302              Telephone: (802) 885-2141
      Telephone: (802) 257-5533          Fax: (802) 885-2131
      Fax: (802) 257-4289                Email: acboxer@boxerblake.com
      valente@cvglawoffice.com

Dated: 23rd day of December, 2022        Dated: 23rd day of December, 2022

SO ORDERED,

12/27/22

By: Judge, US District Court for the District of Vermont