UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| OLYNTHEA JOHNSON,<br>as Administrator of the Estate of<br>KENNETH JOHNSON,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CENTURION OF VERMONT, LLC.;<br>STEVEN FISHER, M.D.;<br>MARY MARTIN;<br>MICHELE CARDINAL;<br>SABINE WATSON;<br>　　　　Defendants. | Docket No.: 2:22-cv-00029-cr |

## STIPULATED ORDER OF JUDGMENT

1. Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendant Centurion of Vermont LLC, offered judgment to Plaintiff. *See* Exhibit 1, attached hereto. As such, defendants did not admit any liability.

2. Defendant Centurion of Vermont, LLC's ("Centurion") offer was for one million five hundred thousand dollars ($1,500,000.00) to include all amounts that might be recoverable by plaintiff.

3. The judgment offered is in full satisfaction of claims asserted or that could have been asserted in this case against all defendants.

4. Plaintiff accepted this offer of judgment on June 13, 2025.

5. The offer of judgment is therefore accepted and judgment entered against defendant Centurion.

So Ordered.

Dated __7/7/25__

COSTELLO,
VALENTE
& GENTRY, P.C.

51 PUTNEY ROAD
P.O. BOX 483
BRATTLEBORO,
VERMONT
05302

802-257-5533

1

4914-0680-0720, v. 1

Christina Reiss, District Judge
United States District Court

COSTELLO,
VALENTE
& GENTRY, P.C.

51 PUTNEY ROAD
P.O. BOX 483
BRATTLEBORO,
VERMONT
05302

802-257-5533

2

4914-0680-0720, v. 1